WILLIAM O. GENY, OSB No. 83040
bill@chernofflaw.com
J. PETER STAPLES, OSB No. 79404
pete@chernofflaw.com
SUSAN D. PITCHFORD, OSB No. 98091
sdp@chernofflaw.com
CHERNOFF, VILHAUER, MCCLUNG & STENZEL, LLP
601 SW Second Ave., Ste. #1600
Portland, OR 97204-3157
(503) 227-5631 / (503) 228-4373 fax

    Of Attorneys for Plaintiffs

DAVID A. BLEDSOE, OSB No. 85154
Dbledsoe@perkinscoie.com
PERKINS COIE, LLP
1120 NW Couch Street, 10th Floor
Portland, OR 97209-4128
(503) 727-2033 / (503) 727-2222 fax

PAUL D. ACKERMAN, *Pro Hac Vice*
ackerman.paul@dorsey.com
DORSEY & WHITNEY, LLP
250 Park Avenue
New York, NY 10177
(212) 415-9200 / (212) 953-7201 fax

    Of Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| CASCADE MICROTECH, INC.,<br>                          Plaintiff,<br><br>v.<br><br>SUSS MICROTEC INC., a Vermont<br>corporation, *et al.*<br>                         Defendants. | Case No. 3:06-CV-0080-HA<br><br>**STIPULATED MOTION FOR ENTRY OF SETTLEMENT ORDER AND DISMISSAL**<br><br>**PATENT CASE** |

## LR 7.1 CERTIFICATION

Counsel for Plaintiff and Counsel for Defendants concur in the filing of this motion.

## MOTION

Pursuant to Federal Rule of Civil Procedure 41, the parties hereby respectfully move the Court for entry of the Stipulated Order of Dismissal without Prejudice submitted herewith.

DATED: 6 July, 2007

*[signature]*

WILLIAM O. GENY, OSB No. 83040
J. PETER STAPLES, OSB No. 79404
SUSAN D. PITCHFORD, OSB No. 98091
CHERNOFF, VILHAUER, MCCLUNG & STENZEL, LLP

Of Attorneys for Plaintiffs

*[signature]*

PAUL D. ACKERMAN, *Pro Hac Vice*
DORSEY & WHITNEY, LLP

Of Attorneys for Defendants

*[signature]*

DAVID A. BLEDSOE, OSB No. 85154
PERKINS COIE, LLP

Of Attorneys for Defendants