WILLIAM O. GENY, OSB No. 83040
bill@chernofflaw.com
J. PETER STAPLES, OSB No. 79404
pete@chernofflaw.com
SUSAN D. PITCHFORD, OSB No. 98091
sdp@chernofflaw.com
CHERNOFF, VILHAUER, MCCLUNG & STENZEL, LLP
601 SW Second Ave., Ste. #1600
Portland, OR 97204-3157
(503) 227-5631 / (503) 228-4373 fax

    Of Attorneys for Plaintiffs

DAVID A. BLEDSOE, OSB No. 85154
Dbledsoe@perkinscoie.com
PERKINS COIE, LLP
1120 NW Couch Street, 10th Floor
Portland, OR 97209-4128
(503) 727-2033 / (503) 727-2222 fax

PAUL D. ACKERMAN, *Pro Hac Vice*
ackerman.paul@dorsey.com
DORSEY & WHITNEY, LLP
250 Park Avenue
New York, NY 10177
(212) 415-9200 / (212) 953-7201 fax

    Of Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| CASCADE MICROTECH, INC.,<br>                    Plaintiff,<br>       v.<br>SUSS MICROTEC INC., a Vermont corporation, *et al.*<br>                    Defendants. | Case No. 3:06-CV-0080-HA<br><br>**SETTLEMENT ORDER AND DISMISSAL**<br><br>**PATENT CASE** |

The parties hereto having agreed to a settlement of the matters at issue between them and to the entry of this Stipulated Order of Dismissal without Prejudice,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. This Court has jurisdiction over the plaintiff Cascade Microtech, Inc. (hereinafter "Plaintiff") and over the following defendants: Suss Microtec, Inc. (hereinafter "Suss") and Syntek Instrumentation and Control, Inc. (hereinafter "Syntek"). This Court also has jurisdiction over the subject matter in issue.

2. The parties have entered into a Settlement Agreement dated June 21, 2007 and the Court retains jurisdiction of this matter to resolve all disputes and to enforce the terms of the Settlement Agreement.

3. Plaintiff is now, and has been at all times since the dates of issuance, the owner of United States Patents No. 5,237,267, No. 6,002,263, No. 6,232,788, No. 6,288,557, and No. 6,492,822, and of all rights thereto and thereunder.

4. All parties shall comply with the terms of said Settlement Agreement, which is incorporated herein by reference as though fully set forth.

5. Each party waives its right to appeal from this Settlement Order and Dismissal.

6. This matter is dismissed without prejudice.

Entered this _11_ day of _July_, 2007.

_____
The Honorable Ancer Haggerty

*[Signature]*
WILLIAM O. GENY, OSB No. 83040
J. PETER STAPLES, OSB No. 79404
SUSAN D. PITCHFORD, OSB No. 98091
CHERNOFF, VILHAUER, MCCLUNG &
   STENZEL, LLP

Of Attorneys for Plaintiffs

*[Signature]*
PAUL D. ACKERMAN, *Pro Hac Vice*
DORSEY & WHITNEY, LLP

Of Attorneys for Defendants

*[Signature]*
DAVID A. BLEDSOE, OSB No. 85154
PERKINS COIE, LLP

Of Attorneys for Defendants